## CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lacie Marie Gonzalez**<br>DOB: 1988; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01130MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 26, 2025, at or near Lukeville, in the District of Arizona, **Lacie Marie Gonzalez** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 26, 2025, at approximately 1:40 PM, Lacie Marie GONZALEZ attempted to enter the United States from the Republic of Mexico at the Port of Entry in Lukeville, Arizona. GONZALEZ was the driver and sole occupant of a red 1992 Ford F-150 bearing an Arizona license plate. During the primary inspection a U.S. Customs and Border Protection officer inspected the undercarriage of the vehicle and observed signs of tampering on several bolts around the rear gas tank. During a secondary inspection, GONZALEZ told officers she had purchased the vehicle three days prior and drove to Sonoyta, Sonora, the same day to meet with a friend. GONZALEZ said she stayed at a hotel while her friend took the vehicle. GONZALEZ said the vehicle was returned to her on October 26, 2025. GONZALEZ said she was going to get paid $8,500 USD, and that she heard her friend mention something about putting something in one of the gas tanks. Officers x-rayed the vehicle and observed something heavy in the rear fuel tank. Officers inspected the vehicle and found a milky tan colored liquid concealed in the rear gas tank. The liquid was removed from the gas tank. A representative sample of the liquid was field tested and yielded a presumptive positive result for methamphetamine. The buckets containing the liquid methamphetamine weighed 90.98 kilograms. Using the weight of an empty bucket, law enforcement officers estimated that the liquid methamphetamine weighed approximately 81.18 kilograms.

After waiving her *Miranda* rights, GONZALEZ said her friend was going to pay her $1,000 USD to bring the vehicle to Mexico. She stated she arrived in Mexico on Friday, October 24, 2025. She met an unknown male at a pharmacy and then followed him to a hotel. Another man then met her at the hotel and told her she would be paid $8,500 USD to drive the vehicle to Phoenix, Arizona. GONZALEZ stated she had a feeling the vehicle would contain drugs. GONZALEZ stated the next day, a man picked the vehicle up from her, and he returned it this morning. GONZALEZ said she was then told she could leave, so she left the hotel and drove to the port of entry. GONZALEZ said she was told that once she crossed into the U.S. and had signal, she needed to turn on her phone location. At that point, GONZALEZ would be told where to take the vehicle. GONZALEZ admitted she knows it is illegal to transport drugs into the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**ADRIAN CABRAL** Digitally signed by ADRIAN CABRAL<br>Date: 2025.10.27 11:17:17 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Adrian Cabral<br>Homeland Security Investigations |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Eric J. Markovich* | DATE<br>October 27, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA Berman

25-01130MJ

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:



